Judgment in a Civil Case
===

United States District Court
WESTERN DISTRICT OF NEW YORK

TENTANDTABLE.COM, LLC, ET AL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-78

v.

MOHAMMED ALJIBOURI, ET AL

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the defendants' motion to dismiss is granted and the plaintiffs' motion to amend the complaint is denied.

Date: March 31, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin J.
    Deputy Clerk